### Seiler *vs.* State.

Keeping open Tippling House on Sunday, from City Court of Savannah. Criminal Law. Charge of Court. (Before Judge Harden.)

[Jackson, C. J., not presiding, because of indisposition.]

Blandford, J.—Where the evidence in a criminal case demanded a verdict of guilty, and left no doubt as to the guilt of the accused, the failure of the court to charge on the subject reasonable doubts will not require a new trial, no request having been made to charge, and the attention of the court not having been called to that point.

(a) This case differs from that in 67 Ga , 153, where the attention of the court was called to the question. It differs from that in 70 Ga., 825, where the facts were doubtful, and the accused might have suffered injury from the failure of the court to charge the law as to reasonable doubts. In a case like the present, if the defendant desires a charge on that subject, he should request it.

Judgment affirmed.

Garrard & Meldrim, for plaintiff in error.

F. G. DuBignon, solicitor general, for the state.

---

### Callahan *vs.* State.

Keeping open Tippling Houses on Sunday, from Chatham. Criminal Law. New Trial. (Before Judge Adams.)

Blandford, J.—Where a motion for new trial was made on the ground of newly discovered evidence, and it did not appear that due diligence was exercised to procure the evidence at the trial, and the newly discovered evidence was negative in its character and effect, and was cumulative and tended only to impeach a witness for the State, a new trial was properly refused.

Judgment affirmed.

P. J. O'Connor, by brief, for plaintiff in error.

F. G. DuBignon, solicitor general, by brief, for the State.